974

No. 929. GULFPORT SHIPBUILDING CORP. ET AL. *v.* VALLOT ET AL. C. A. 5th Cir. Certiorari denied. *E. D. Vickery* for petitioners. *Solicitor General Cox, Assistant Attorney General Douglas, Alan S. Rosenthal* and *Richard S. Salzman* for respondent Deputy Commissioner, Bureau of Employees' Compensation, Department of Labor.

No. 930. MCCALL, ADMINISTRATRIX *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Edgar Horton Smith* for petitioner. *Solicitor General Cox, Assistant Attorney General Douglas* and *Morton Hollander* for the United States.

No. 937. BENNETT *v.* CO-ORDINATING COMMITTEE ON DISCIPLINE. Ct. App. N. Y. Certiorari denied. *Leonard Feldman* for petitioner. *Angelo T. Cometa* for respondent.

No. 939. AULET *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Howard T. Savage* and *Samuel Adam* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Ronald L. Gainer* for the United States.

No. 942. GILVIN-TERRILL, INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 5th Cir. Certiorari denied. *Wales H. Madden, Jr.,* for petitioner. *Solicitor General Cox, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondent.

No. 947. SAMS ET AL. *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *Vincent M. Casey* for petitioners. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Daniel H. Benson* for the United States.